Same case below, 432 Fed. Appx. 683.

No. 11-7351. Robert L. Hillman, Petitioner v. Robin Knab, Warden.

565 U.S. 1163, 132 S. Ct. 1105, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 851.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7353. Enver Karafili, Petitioner v. James E. Tilton, Warden, et al.

565 U.S. 1163, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 882.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 633.

No. 11-7357. David Matthew Kurtzemann, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1163, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 722,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7358. Jerome Greene, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 1163, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 860.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 289.

No. 11-7363. William Hudson, Petitioner v. Michigan Department of Corrections, et al.

565 U.S. 1163, 132 S. Ct. 1136, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 745.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7370. Hamed Chowdhury, Petitioner v. City of Missoula, Montana.

565 U.S. 1163, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 797.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 361 Mont. 537, 264 P.3d 518.

No. 11-7373. Matthew D. Reason, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.

565 U.S. 1164, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 902.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7378. Willie Dorsey Cantrell, Petitioner v. L.S. McEwen, Acting Warden, et al.

565 U.S. 1164, 132 S. Ct. 1106, 181 L. Ed. 2d 990, 2012 U.S. LEXIS 778.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 698.